```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
              CASE NO. 08-20097-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CASA DE CAMBIO PUEBLA,
S.A., et al.,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Third Party Claimant's Request for Notification of Forfeiture Proceedings, Request for Court's Issuance of Preliminary Order of Forfeiture and Request for Ancillary Hearing, (D.E. 97,98 & 99).

**THE MATTER** was referred to United States Magistrate Judge Jonathan Goodman on May 31, 2013. A Report and Recommendation was filed on February 19, 2014, recommending that the Third Party Petitioner's Motions be **DENIED** as Moot.

The Court has conducted an independent review of the record, the Government'S response as well as the  and Defendant's Reply. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and ADOPTED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2014.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Goodman
        Counsel of Record